LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-03887 (BRO) (MRWx) | Date | July 15, 2015 |
|---|---|---|---|
| Title | CANDACE WALKER V. DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO OPPOSE

Pending before the Court is a motion to dismiss filed by Defendant Deutsche Bank National Trust Company ("Defendant"). (Dkt. No. 12.) The motion seeks to dismiss each claim alleged in Plaintiff Candace Walker's ("Plaintiff") complaint and is currently set for a hearing on Monday, August 3, 2015, at 1:30 p.m. Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Plaintiff's opposition, if any, was due no later than July 13, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why Defendant's motion should not be granted. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the motion, if any, shall be filed by no later than Friday, July 24, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose. Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendant's motion. **The hearing on Defendant's motion is hereby continued to Tuesday, August 11, 2015, at 1:30 p.m.**

     IT IS SO ORDERED.

                                                                              :
                                                 Initials of Preparer           rf

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.