LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-03887-BRO (MRWx)** | Date | October 29, 2015 |
|---|---|---|---|
| Title | **CANDACE WALKER V. DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE: DISMISSAL
OF ACTION FOR FAILURE TO PROSECUTE
AND FAILURE TO FOLLOW THE COURT'S ORDER**

On April 22, 2015, Plaintiff Candace Walker filed this lawsuit in the Los Angeles Superior Court, which Defendant Deutsche Bank National Trust Company removed on May 22, 2015. (Dkt. No. 1.) On June 26, 2015, Defendant moved to dismiss Plaintiff's original Complaint. (Dkt. No. 12). On July 21, 2015, after the Court ordered Plaintiff to show cause as to why she failed to oppose Defendant's Motion to Dismiss, (*see* Dkt. No. 13), Plaintiff filed a first amended complaint, (Dkt. No. 14). Defendant subsequently moved to dismiss Plaintiff's First Amended Complaint on August 4, 2015. (Dkt. No. 17.) On October 5, 2015, after the Court once again ordered Plaintiff to show cause as to why she failed to oppose Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, (*see* Dkt. No. 19), the Court granted Defendant's Motion. (Dkt. No. 26.) The Court dismissed Plaintiff's first through sixth causes of action and her request for declaratory relief with prejudice. (Dkt. No. 26 at 20.) The Court granted Defendant's Motion to Dismiss Plaintiff's seventh and eighth causes of action with leave to amend, but ordered "Plaintiff to file her second amended complaint by **Monday, October 19, 2015 at 4:00 p.m.**" (Dkt. No. 26 at 20 (emphasis in original).)

One week has passed since the appointed deadline for filing a second amended complaint; Plaintiff has not filed an amended complaint or any other document with the Court. The Court once more notes that Plaintiff previously failed to timely file: (1) an opposition to Defendant's Motion to Dismiss, (*see* Dkt. No. 13); and, (2) an opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, (*see* Dkt. No. 19).

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-03887-BRO (MRWx)** | Date | October 29, 2015 |
|---|---|---|---|
| Title | **CANDACE WALKER V. DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL** | | |

Accordingly, Plaintiff is—for the third time—**ORDERED TO SHOW CAUSE** as to why this action should not be dismissed for failure to prosecute, and failure to obey the Court's order requiring Plaintiff to file her Second Amended Complaint by October 19, 2015. Plaintiff's response is **due no later than 4:00 p.m. on Monday, November 2, 2015**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |