LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-03887-BRO (MRWx)** | Date | November 6, 2015 |
|---|---|---|---|
| Title | **CANDACE WALKER V. DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL** | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present                                      Not Present

**Proceedings:** (IN CHAMBERS)

# ORDER DISMISSING ACTION

On April 22, 2015, Plaintiff Candace Walker filed this lawsuit in the Los Angeles Superior Court, which Defendant Deutsche Bank National Trust Company removed on May 22, 2015. (Dkt. No. 1.) On October 5, 2015, the Court granted Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, dismissing Plaintiff's first through sixth causes of action and her request for declaratory relief **with prejudice**. (Dkt. No. 26 at 20.) The Court granted Defendant's Motion to Dismiss Plaintiff's seventh and eighth causes of action with leave to amend, but ordered Plaintiff to file her second amended complaint by Monday, October 19, 2015 at 4:00 p.m. (Dkt. No. 26 at 20.) After Plaintiff failed to file an amended complaint, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for failure to prosecute and failure to comply with the Court's order. (Dkt. No. 27.)

Plaintiff's Response to the Court's Order to Show Cause indicates that Plaintiff does not intend to file an amended complaint. (*See* Dkt. No. 28 at 2 ("Plaintiff informed Counsel that she did not wish to file an Amended Complaint but wished to proceed with an appeal after a dismissal from the Court.").) As such, the Court **DISMISSES** Plaintiff's seventh and eighth causes of action **without prejudice** for failure to prosecute. Because Plaintiff has no remaining claims, Plaintiff's entire action is **DISMISSED**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | Rf |